Same case below, 377 Fed. Appx. 24.

**No. 10-8443. Eric Tolonen, Petitioner v. Jeff Pugh, Warden.**

562 U.S. 1260, 131 S. Ct. 1578, 179 L. Ed. 2d 481, 2011 U.S. LEXIS 1780, 

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-8449. Richard C. Brink, Petitioner v. James Conway, Superintendent, Attica Correctional Facility.**

562 U.S. 1260, 131 S. Ct. 1578, 179 L. Ed. 2d 481, 2011 U.S. LEXIS 1717.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-8451. Antwon Nelson, Petitioner v. Missouri.**

562 U.S. 1260, 131 S. Ct. 1578, 179 L. Ed. 2d 481, 2011 U.S. LEXIS 1857.

February 28, 2011. Petition for writ of certiorari to the Court of Appeals of Missouri, Eastern District, denied.

Same case below, 323 S.W.3d 42.

**No. 10-8452. Syed K. Rafi, Petitioner v. Kathleen Sebelius, Secretary of Health and Human Services.**

562 U.S. 1260, 131 S. Ct. 1579, 179 L. Ed. 2d 481, 2011 U.S. LEXIS 1836, 

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 10-8484. Lindsey K. Springer, Petitioner v. Christopher D. Albin, et al.**

562 U.S. 1260, 131 S. Ct. 1579, 179 L. Ed. 2d 481, 2011 U.S. LEXIS 1802.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 398 Fed. Appx. 427.

**No. 10-8504. Roscoe B. Thompson, Petitioner v. United States.**

562 U.S. 1260, 131 S. Ct. 1579, 179 L. Ed. 2d 481, 2011 U.S. LEXIS 1860.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 394 Fed. Appx. 873.

**No. 10-8511. Peter P. Mauchlin, Petitioner v. Bier, SIS Correctional Supervisor, et al.**

562 U.S. 1260, 131 S. Ct. 1579, 179 L. Ed. 2d 481, 2011 U.S. LEXIS 1729.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 396 Fed. Appx. 519.

**No. 10-8523. Christopher N. White, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

562 U.S. 1260, 131 S. Ct. 1579, 179 L. Ed. 2d 481, 2011 U.S. LEXIS 1784.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.